IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01161-RBJ-KLM

ALPHA PROPERTY & CASUALTY COMPANY,

    Plaintiff,

v.

RODOLFO SERRANO-MOLINA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Stay** [Docket No. 5; Filed August 1, 2011] (the "Motion").  In this District, a stay of all proceedings is generally disfavored, absent the filing of a dispositive motion.  *See Wason Ranch Corp. v. Hecla Mining Co.*, No. 07-cv-00267-EWN-MEH, 2007 WL 1655362, at *1 (D. Colo. June 6, 2007) (unreported decision) (citation omitted).  In the Motion at issue, Plaintiff explains that this lawsuit has settled in large part; however, "a settlement of the underinsured motorist claim cannot be completed until Medicare issues are resolved." [#5] at 2.  Plaintiff thus requests that the Court stay this proceeding pending resolution of the underinsured motorist coverage claim.

    Imposition of a stay under the terms suggested by Plaintiff would require the Court to monitor this lawsuit every ninety days, and the lawsuit would retain its status as an active case, when in fact, it is nearly resolved.  The Court believes that administrative closure pursuant to D.C.COLO.LCivR 7.1 and 41.2 is preferable to the imposition of a stay under these circumstances.[1]  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

    IT IS FURTHER **ORDERED**, *sua sponte*, that the Scheduling Conference set for October 24, 2011 at 10:30 a.m. is **VACATED** and **RESET** to **November 22, 2011 at 10:00**

---

[1] Additionally, the Court notes that, pursuant to Fed. R. Civ. P. 4(m), service was to be effected on or before August 30, 2011.  Nothing in the record indicates that the summons and complaint were timely served on Defendant.

**a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse.[2]

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **November 17, 2011**. **The parties are no longer required to submit Confidential Settlement Statements in advance of the Scheduling Conference.**

Dated: October 17, 2011

---

[2] In an email dated September 28, 2011, Plaintiff represents that a final accounting from Medicare is expected within sixty days. Docket No. 9-1.